UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  **6500 CHERRYWOOD LANE**
UNITED STATES DISTRICT JUDGE    GREENBELT, MARYLAND  20770
    301-344-0632

MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>Garvin v. IAD Auto, Inc.</u>
    Civil No. PJM 14-3566

DATE: April 29, 2015

* * *

On March 25, 2015, the Court was advised by counsel for Garvin that significant communication difficulties have developed between counsel and Garvin which make it impossible for counsel to represent Garvin effectively and ethically. *See* ECF No. 10. Counsel for Garvin advises that in the last few months, he has made several attempts to contact Garvin by telephone, text message and mail.  He advises that he has complied with Local Rule 101.2.a by filing a certificate stating (a) the name and last known address of his client, and (b) that a written notice has been mailed to his client at least seven days prior to the filing of the motion advising the client of his proposed withdrawal. IAD Auto consents to this Motion. ECF No. 12.

On April 8, 2015, the Court mailed to Garvin's last known address an Order, ECF No. 11, directing Garvin to show cause by letter to the Court whether he intended to continue with this case even if his counsel is granted leave to withdraw, and whether he intended to secure new counsel or represent himself. If Garvin failed to respond within twenty days of the date of the letter, the Order indicated that the Court would dismiss the case without prejudice.

On April 17, 2015, the Court's letter to Garvin was returned undeliverable. To date, the Court has received no communication from Garvin. Accordingly, the Court **GRANTS** counsel for Garvin's Motion to Withdraw, ECF No. 10, and **DISMISSES WITHOUT PREJUDICE** the Complaint, ECF No. 2.

A separate Order will follow.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File